UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: FRUEH, DAVID W.                              § Case No. 14-81029
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/14/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/12/2015     By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: FRUEH, DAVID W.    § Case No. 14-81029
                          §
                          §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 17,000.00 |
| and approved disbursements of | $ 13.85 |
| leaving a balance on hand of [1] | $ 16,986.15 |
| **Balance on hand:** | $ 16,986.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,986.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,450.00 | 0.00 | 2,450.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 9,007.28 | 0.00 | 9,007.28 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 529.00 | 0.00 | 529.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,986.28 |
| Remaining balance: | $ 4,999.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,999.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,999.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,991.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Workforce Development | 4,991.00 | 0.00 | 4,991.00 |

Total to be paid for timely general unsecured claims: $ 4,991.00
Remaining balance: $ 8.87

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 8.87 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 8.87 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $8.87. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 14-81029-TML
David W. Frueh                                                     Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett            Page 1 of 2         Date Rcvd: Sep 16, 2015
                              Form ID: pdf006           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2015.
db            +David W. Frueh,    3525 Louise Street,    Rockford, IL 61103-2015
21733069      +Amcore Bank, N.A. n/k/a Harris,    903 3rd Avenue,    Rockford, IL 61104-2199
21733071      +Bankcard Services,    P.O. Box 23065,    Columbus, GA 31902-3065
21733072      +CBCS,   P.O. Box 2589,    Columbus, OH 43216-2589
21733073      +CBE Group,   1309 Technology Pkwy.,    Cedar Falls, IA 50613-6976
22235543      +Department of Workforce Development,    Div.of Unemployment Insurance Collection,    POB 788,
                Madison, WI 53701-0788
21733080       EOS CCA,    P.O. Box 439,    Norwell, MA 02061-0439
21733081      +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
21733082       First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
21733083      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
21733084    ++++GLENWOOD CENTER,    2721 GLENWOOD CT,    ROCKFORD IL   61101-3599
              (address filed with court:  Glenwood Center,    2823 Glenwood Avenue,    Rockford, IL 61103)
21733085       Irwin Mortgage Corp.,    10500 Kinkade Drive,    Fishers, IN 46037
21733086       Just Energy,   35190 Eagle Way,    Chicago, IL 60678-1351
21733087      +Midfirst Bank,   c/o Fisher & Shapiro, LLC,    2121 Waukegan Road, Suite 301,
                Bannockburn, IL 60015-1831
21733088      +Midland Mortgage,    999 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6051
21733089      +Nicolle Frueh,    1208 Wisconsin Avenue,    Beloit, WI 53511-4554
21733091       Pinnacle Security LLC,    1290 Sandhill Road,    Orem, UT 84058-7306
21733092      +Rockford Health Physicians,    2300 N. Rockton Avenue,    Rockford, IL 61103-3619
21733093      +West Asset Management,    2703 N. Highway 75,    Sherman, TX 75090-2567
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21733063      +E-mail/Text: ars5183harlem@aol.com Sep 17 2015 02:01:17     Account Recovery Services, Inc.,
                5183 Harlem Road,    Loves Park, IL 61111-3448
21733067       E-mail/PDF: recoverybankruptcy@afninet.com Sep 17 2015 01:54:41     Afni, Inc.,
                1310 MLK Drive,   PO Box 3517,    Bloomington, IL 61702-3517
21733074       E-mail/Text: aquist@creditorsprotection.com Sep 17 2015 02:02:53
                Creditors Protection Service, Inc.,    202 W. State St. Ste. 300,    P.O. Box 4115,
                Rockford, IL 61110-0615
21733076       E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 17 2015 02:00:51
                Department of Workforce Development,    Unemployment Insurance Collections,    PO Box 7888,
                Madison, WI 53707-7888
21733077       E-mail/Text: Bankruptcy.Consumer@dish.com Sep 17 2015 02:00:50     Dish Network,    Dept. 0063,
                Palatine, IL 60055-0063
21733078       E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 17 2015 02:00:51
                Division of Unemployment Insurance,    Bureau of Tax and Accounting,    PO Box 7888,
                Madison, WI 53707-7888
21733079      +E-mail/Text: bknotice@erccollections.com Sep 17 2015 02:01:20     Enhanced Recovery Corporation,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21733064*     +Account Recovery Services, Inc.,    5183 Harlem Road,    Loves Park, IL 61111-3448
21733065*     +Account Recovery Services, Inc.,    5183 Harlem Road,    Loves Park, IL 61111-3448
21733066*     +Account Recovery Services, Inc.,    5183 Harlem Road,    Loves Park, IL 61111-3448
21733068*      Afni, Inc.,    1310 MLK Drive,    PO Box 3517,    Bloomington, IL 61702-3517
21733075*      Creditors Protection Service, Inc.,    202 W. State St. Ste. 300,    P.O. Box 4115,
                Rockford, IL 61110-0615
21733090*     +Nicolle Frueh,    1208 Wisconsin Avenue,    Beloit, WI 53511-4554
21733070     ##+American Vision Center,    1975 Pawlisch Drive,    Rockford, IL 61112-1070
                                                                                 TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett            Page 2 of 2            Date Rcvd: Sep 16, 2015
                              Form ID: pdf006           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
          Jason H Rock    on behalf of Debtor David W. Frueh jrock@bslbv.com
          Megan G Heeg    on behalf of Plaintiff Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                    TOTAL: 5
```