**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: FRUEH, DAVID W.                     § Case No. 14-81029
                                           §
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $20,745.00                Assets Exempt: $24,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,001.01      Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $11,978.87

---

   3) Total gross receipts of $ 17,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20.12 (see **Exhibit 2**), yielded net receipts of $16,979.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,978.87 | 11,978.87 | 11,978.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,001.01 | 5,001.01 | 5,001.01 |
| **TOTAL DISBURSEMENTS** | $0.00 | $16,979.88 | $16,979.88 | $16,979.88 |

4) This case was originally filed under Chapter 7 on March 31, 2014. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2015          By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family residence at 3525 Louise Street, R | 1110-000 | 11,897.52 |
| TAX REFUNDS | 1224-000 | 4,111.12 |
| BANK ACCOUNTS | 1229-000 | 991.36 |
| **TOTAL GROSS RECEIPTS** | | **$17,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRUEH, DAVID W. | Dividend paid 100.00% on $20.12; Claim# SURPLUS; Filed: $20.12; Reference: | 8200-002 | 20.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20.12** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,447.99 | 2,447.99 | 2,447.99 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 9,007.28 | 9,007.28 | 9,007.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 509.75 | 509.75 | 509.75 |
| Rabobank, N.A. | 2600-000 | N/A | 13.85 | 13.85 | 13.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,978.87 | $11,978.87 | $11,978.87 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of Workforce Development | 7100-000 | N/A | 4,991.00 | 4,991.00 | 4,991.00 |
| 1I | Department of Workforce Development | 7990-000 | N/A | 10.01 | 10.01 | 10.01 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,001.01 | $5,001.01 | $5,001.01 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81029  
**Case Name:** FRUEH, DAVID W.

**Period Ending:** 12/11/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 10/27/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Single family residence at 3525 Louise Street, R<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Single family residence at 3525 Louise Street, Rockford, IL | 70,000.00 | 55,000.00 | | 11,897.52 | FA |
| 2 | Cash on hand<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Cash on hand; Imported from Amended Doc#: 12 | 5.00 | 0.00 | | 0.00 | FA |
| 3 | Health Savings Account/Riverside Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Health Savings Account/Riverside Bank; Imported from Amended Doc#: 12; Original asset description: He alth Savings Account/Riverside Ba nk | 100.00 | 10.31 | | 0.00 | FA |
| 4 | 3 TVs; 2 DVD players; 1 VCR; digital camera with<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: 3 TVs; 2 DVD players; 1 VCR; digital camera with portable video; laptop; desktop computer; JVC stereo with speakers; bedroom set; patio furniture; living room furniture with 2 curio cabinets with assorted plates and figurines; 2 push mowers; dining room table and chairs; and other random household articles; Imported from Amended Doc#: 12 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wrigley Field flag<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Wrigley Field flag; Imported from Amended Doc#: 12 | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Standard wearing apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Standard wearing apparel; Imported from Amended Doc#: 12 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Mountain bike<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Mountain bike; Imported from Amended Doc#: 12 | 50.00 | 50.00 | | 0.00 | FA |

Printed: 12/11/2015 08:40 AM   V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81029  
**Case Name:** FRUEH, DAVID W.

**Period Ending:** 12/11/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 10/27/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 8 | Employer sponsored term policy<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Employer sponsored term policy; Imported from Amended Doc#: 12; Original asset description: Empl oy er sponsored term policy | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Southern Imperial/Principal Financial 401k<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: Southern Imperial/Principal Financial 401k; Imported from Amended Doc#: 12 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Ford Focus<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Orig. Description: 2008 Ford Focus; Imported from Amended Doc#: 12 | 7,000.00 | 3,205.00 | | 0.00 | FA |
| 11 | 2013 Tax Refund (Earned Income Credit)  (u)<br>   Orig. Asset Memo:<br>Not originally scheduled; Orig. Description: 2013 Tax Refund (Earned Income Credit); Imported from Amended Doc#: 12 | 4,989.00 | 0.00 | | 0.00 | FA |
| 12 | 2013 Tax Income Refund (Child Care Credit)  (u)<br>   Orig. Asset Memo:<br>Not originally scheduled; Orig. Description: 2013 Tax Income Refund (Child Care Credit); Imported from Amended Doc#: 12 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | TAX REFUNDS  (u)<br>   Remaining fed refund and State of Illinois joint tax return refund of 1,141 | 0.00 | 3,206.00 | | 4,111.12 | FA |
| 14 | BANK ACCOUNTS  (u)<br>   Debtor's income and tax refunds deposited into Case acct in wife's name. Source of other deposits are wife's payroll and joint 2013 tax refunds. | 0.00 | 991.36 | | 991.36 | FA |
| 14 Assets    Totals (Excluding unknown values) | **$90,745.00** | **$62,562.67** | | **$17,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-81029  
**Case Name:** FRUEH, DAVID W.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14

**Period Ending:** 12/11/15

**Claims Bar Date:** 10/27/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**    August 12, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-81029  
**Case Name:** FRUEH, DAVID W.  

**Taxpayer ID #:** **-***8054  
**Period Ending:** 12/11/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/15 | | David Frueh | turnover of assets per order dated 6/17/15 | | 17,000.00 | | 17,000.00 |
| | {14} | | 991.36 | 1229-000 | | | 17,000.00 |
| | {13} | | 4,111.12 | 1224-000 | | | 17,000.00 |
| | {1} | | 11,897.52 | 1110-000 | | | 17,000.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 16,986.15 |
| 10/27/15 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $2,447.99, Trustee Compensation;  Reference: | 2100-000 | | 2,447.99 | 14,538.16 |
| 10/27/15 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $9,007.28, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,007.28 | 5,530.88 |
| 10/27/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $509.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 509.75 | 5,021.13 |
| 10/27/15 | 104 | Department of Workforce Development | Dividend paid 100.00% on $4,991.00; Claim# 1; Filed: $4,991.00; Reference: | 7100-000 | | 4,991.00 | 30.13 |
| 10/27/15 | 105 | Department of Workforce Development | Dividend paid 100.00% on $10.01; Claim# 1I; Filed: $10.01; Reference: | 7990-000 | | 10.01 | 20.12 |
| 10/27/15 | 106 | FRUEH, DAVID W. | Dividend paid 100.00% on $20.12; Claim# SURPLUS; Filed: $20.12; Reference: | 8200-002 | | 20.12 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 17,000.00 | 17,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 17,000.00 | 17,000.00 | |
| | Less: Payments to Debtors | | 20.12 | |
| | NET Receipts / Disbursements | $17,000.00 | $16,979.88 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 17,000.00 | 16,979.88 | 0.00 |
| | $17,000.00 | $16,979.88 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2015 08:40 AM     V.13.25